IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01969-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

MOPHIE, INC., a California corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (Docket No. 32) is GRANTED finding good cause shown.  The written Stipulated Protective Order (Docket No. 32-1) is APPROVED and made an Order of the Court.

Date: November 27, 2012