IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01969-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

MOPHIE, INC., a California corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Stipulated Motion to Stay (Docket No. 39) is GRANTED.  This matter is STAYED until March 25, 2013.  The Scheduling Order (Docket No. 26) is amended to adopt the proposed dates as set forth in the subject motion.  It is FURTHER ORDERED that a telephonic status conference shall be held on April 4, 2013 at 10:00 a.m.

Date: February 19, 2013