IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01969-MSK-MJW

OTTER PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

MOPHIE, INC., a California corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Stipulated Motion to Stay Discovery (Docket No.42) is GRANTED. This matter is STAYED until April 12, 2013. The Scheduling Order (Docket No. 26) is amended to adopt the proposed dates as set forth in the subject motion. It is FURTHER ORDERED that the telephonic status conference set for April 4, 2013 at 10:00 a.m is VACATED. The parties are ORDERED to submit a written joint status report on or before April 12, 2013.

Date: March 29, 2013